# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RICHARD L. SIEGER** and **PAMELA SIEGER,** : : : **Plaintiffs** : : v. : : **NATIONWIDE MUTUAL INSURANCE COMPANY**, et al., : : **Defendants** : | CIVIL ACTION NO. 1:06-CV-2228<br><br>(Judge Conner) |

## ORDER

AND NOW, this 13th day of April, 2007, upon consideration of the stipulation of dismissal (Doc. 17), and it appearing that all parties to the above-captioned case have agreed to dismiss plaintiffs' claims pursuant to the Pennsylvania Unfair Trade Practices and Consumer Protection Act, 73 PA. CONS. STAT. ANN. §§ 201-1 to 201-9.3, and the Pennsylvania Insurance Bad Faith Statute, 42 PA. CONS. STAT. ANN. § 8371, it is hereby ORDERED that the aforementioned claims are DISMISSED with prejudice. See FED. R. CIV. P. 41.

      S/ Christopher C. Conner
      CHRISTOPHER C. CONNER
      United States District Judge